Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JSC CareView Communications, Inc.                )
                                                  )   Case No: 4:21-cv-07061-HSG
                           Plaintiff(s),          )
                                                  )   **APPLICATION FOR**
       v.                                         )   **ADMISSION OF ATTORNEY**
                                                  )   **PRO HAC VICE; ORDER**
Interactive Digital Solutions, Inc.               )   (CIVIL LOCAL RULE 11-3)
                                                  )
                           Defendant(s).          )

   I, Robert Feinland, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Mark B. Chassman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Meister Seelig & Fein LLP | Mark B. Chassman, Chassman & Seelig, LLP |
| 125 Park Avenue, 7th Fl, New York, NY 10017 | 1250 Sixth St., Ste. 403, Santa Monica, CA |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (212) 655-3575 | (310) 929-7192 |
| My email address of record: | Local co-counsel's email address of record: |
| rf@msf-law.com | mchassman@chassmanseelig.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5220553.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

   Dated: 09/16/21                                   Robert Feinland
                                                     APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Robert Feinland is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/20/2021

*[signature: Haywood S. Gill]*
UNITED STATES DISTRICT JUDGE  *October 2012*

*PRO HAC VICE* APPLICATION & ORDER



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Robert Phillip Feinland

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 21, 2014**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on September 15, 2021.

*Maria T. Fasulo*

Acting Clerk of the Court

CertID-00031910