Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAREVIEW COMMUNICATIONS, INC. )
) Case No: 4:21-cv-0706-HSG
)
Plaintiff(s), )    **APPLICATION FOR**
)    **ADMISSION OF ATTORNEY**
v. )    **PRO HAC VICE; ORDER**
INTERACTIVE DIGITAL SOLUTIONS, )   (CIVIL LOCAL RULE 11-3)
INC. )
)
Defendant(s). )
)

I, _____Brad Scheller_____, an active member in good standing of the bar of _____New York_____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _Interactive Digital Solutions, Inc._ in the above-entitled action. My local co-counsel in this case is _Evan Nadel_, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>Mintz Levin Cohn Ferris Glovsky and Propeo, P.C<br>666 Third Avenue,<br>New York, NY 10017 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>212.692.6761 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-432-6000 |
| MY EMAIL ADDRESS OF RECORD:<br>BMScheller@mintz.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Enadel@mintz.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _4315867_.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: September 20, 2021              /s/ Brad Scheller
                                        APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _Brad Scheller_ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/20/2021                      *[signature: Haywood S. Gilliam Jr.]*
                                      UNITED STATES DISTRICT JUDGE  *October 2012*

PRO HAC VICE APPLICATION & ORDER



## Appellate Division of the Supreme Court of the State of New York Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Brad Michael Scheller

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 20, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on September 15, 2021.

Clerk of the Court

CertID-00032109