Fred I. Williams
fwilliams@wsltrial.com
Michael Simons
msimons@wsltrial.com
**WILLIAMS SIMONS & LANDIS PLLC**
327 Congress Ave., Suite 490
Austin, TX 78701
Tel: 512-543-1354

Todd E. Landis
**WILLIAMS SIMONS & LANDIS PLLC**
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357

John Wittenzellner
**WILLIAMS SIMONS & LANDIS PLLC**
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICRT OF CALIFORNIA

| | |
|---|---|
| CAREVIEW COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br> INTERACTIVE DIGITAL SOLUTUONS, INC., <br><br> Defendant. | Case No. 4:21-cv-07061-HSG <br><br> **ORDER GRNATING PLAINTIFF CAREVIEW COMMUNICATIONS, INC.'S UNOPPOSED MOTION TO WITHDRAW COUNSEL** |

Having considered Plaintiff's Unopposed Motion to Withdraw Counsel for Plaintiff CareView Communications, Inc., the Court finds that the Motion should be GRANTED.

Therefore, IS IT SO ORDERED that F. Williams, M. Simons, T. Landis and J. Wittenzellner of Williams Simons & Landis PLLC are permitted to withdraw as counsel for Plaintiff CareView Communications, Inc. effective the date of this order.

DATED:   9/21/2021

*Haywood S. Gilliam Jr.* (signature)
Hon. Haywood S. Gilliam, Jr.