Brian A. E. Smith (SBN 188147)
bsmith@bzbm.com
Joseph J. Fraresso (SBN 289228)
jfraresso@bzbm.com
**BARTKO ZANKEL BUNZEL & MILLER**
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Tel: (415) 956-1900
Fax: (415) 956-1152

Seth H. Ostrow (*pro hac vice*)
sho@msf-law.com
Jeffrey P. Weingart (*pro hac vice*)
jpw@msf-law.com
Robert P. Feinland (*pro hac vice*)
rf@msf-law.com
**MEISTER SEELIG AND FEIN LLP**
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: 212- 655-3500
Fax: 212- 655-3535

*Attorneys for Plaintiff CareView Communications, Inc.*

Evan S. Nadel (SBN 213230)
**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO P.C.**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: 415-432-6000
Fax: 415-432-6001
enadel@mintz.com

Brad M. Scheller (*pro hac vice*)
**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO PC**
666 Third Avenue
New York, NY 10017
Tel: 212-692-6761
Fax: 212-983-3115
bmscheller@mintz.com

Michael Renaud (*pro hac vice*)
**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO P.C.**
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
mrenaud@mintz.com

*Attorneys for Defendants Interactive Digital Solutions, LLC and MedSitter, LLC*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CAREVIEW COMMUNICATIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> INTERACTIVE DIGITAL SOLUTIONS, LLC, AND MEDSITTER, LLC, <br><br> *Defendants*. | Case No. 4:21-cv-07061-HSG <br><br> **ORDER RE STIPULATION EXTENDING DEADLINES IN BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT (D.I. 63)** <br><br> Judge: Honorable Haywood S. Gilliam, Jr. <br> Courtroom 2, 4th Floor |

## ORDER

The parties' stipulation to modify the briefing schedule is hereby GRANTED. Plaintiff's opposition to defendants Interactive Digital Solutions, LLC and MedSitter, LLC's (collectively, "Defendants") Motion to Dismiss the Second Amended Complaint is due on January 21, 2022, and Defendants' reply in further support of their Motion to Dismiss the Second Amended Complaint is due on February 11, 2022.

IT IS SO ORDERED.

Dated: 12/20/2021

                                      Haywood S. Gilliam, Jr.
                                      UNITED STATES DISTRICT JUDGE