| | |
|---|---|
| Brian A. E. Smith (SBN 188147) <br> bsmith@bzbm.com <br> Joseph J. Fraresso (SBN 289228) <br> jfraresso@bzbm.com <br> **BARTKO ZANKEL BUNZEL & MILLER** <br> A Professional Law Corporation <br> One Embarcadero Center, Suite 800 <br> San Francisco, California 94111 <br> Tel: (415) 956-1900 <br> Fax: (415) 956-1152 <br><br> Seth H. Ostrow (*pro hac vice*) <br> sho@msf-law.com <br> Jeffrey P. Weingart (*pro hac vice*) <br> jpw@msf-law.com <br> Robert P. Feinland (*pro hac vice*) <br> rf@msf-law.com <br> **MEISTER SEELIG AND FEIN LLP** <br> 125 Park Avenue, 7th Floor <br> New York, NY 10017 <br> Tel: 212- 655-3500 <br> Fax: 212- 655-3535 <br><br> *Attorneys for Plaintiff CareView Communications, Inc.* | Evan S. Nadel (SBN 213230) <br> **MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO P.C.** <br> 44 Montgomery Street, 36th Floor <br> San Francisco, CA  94104 <br> Tel:  415-432-6000 <br> Fax: 415-432-6001 <br> enadel@mintz.com <br><br> Brad M. Scheller (*pro hac vice*) <br> **MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO PC** <br> 666 Third Avenue <br> New York, NY 10017 <br> Tel: 212-692-6761 <br> Fax: 212-983-3115 <br> bmscheller@mintz.com <br><br> Michael Renaud (*pro hac vice*) <br> **MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO P.C.** <br> One Financial Center <br> Boston, MA 02111 <br> Tel: 617-542-6000 <br> Fax: 617-542-2241 <br> mrenaud@mintz.com <br><br> *Attorneys for Defendants Interactive Digital Solutions, LLC and MedSitter, LLC* |

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CAREVIEW COMMUNICATIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> INTERACTIVE DIGITAL SOLUTIONS, LLC, AND MEDSITTER, LLC, <br><br> *Defendants*. | Case No. 4:21-cv-07061-HSG <br><br> **ORDER RE STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT (D.I. 63) -as modified** <br><br> Judge: Honorable Haywood S. Gilliam, Jr. <br> Courtroom: 2, 4th Floor |

**ORDER**

The parties' stipulation to continue the hearing of defendants Interactive Digital Solutions, LLC and MedSitter, LLC's (collectively, "Defendants") Motion to Dismiss the Second Amended Complaint from April 7, 2022 to April 28, 2022 at 2:00 p.m. is hereby GRANTED.

IT IS SO ORDERED.

Dated: 1/3/2022

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE