| | |
|---|---|
| Brian A. E. Smith (SBN 188147)<br>bsmith@bzbm.com<br>Joseph J. Fraresso (SBN 289228)<br>jfraresso@bzbm.com<br>**BARTKO ZANKEL BUNZEL &**<br>**MILLER**<br>A Professional Law Corporation<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 956-1900<br>Facsimile:  (415) 956-1152<br><br>Seth H. Ostrow (*pro hac vice*)<br>sho@msf-law.com<br>Jeffrey P. Weingart (*pro hac vice*)<br>jpw@msf-law.com<br>Robert Phillip Feinland (*pro hac vice*)<br>rf@msf-law.com<br>**MEISTER SEELIG & FEIN LLP**<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>Tel: 212- 655-3500<br>Fax: 212- 655-3535<br><br>*Attorneys for Plaintiff*<br>*CareView Communications, Inc.* | Evan S. Nadel (SBN 213230)<br>**MINTZ LEVIN COHN FERRIS**<br>**GLOVSKY & POPEO P.C.**<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA  94104<br>Tel:  415-432-6000<br>Fax: 415-432-6001<br>enadel@mintz.com<br><br>Brad M. Scheller (*pro hac vice*)<br>**MINTZ LEVIN COHN FERRIS**<br>**GLOVSKY & POPEO PC**<br>666 Third Avenue<br>New York, NY 10017<br>Tel: 212-692-6761<br>Fax: 212-983-3115<br>bmscheller@mintz.com<br><br>Michael Renaud (*pro hac vice*)<br>**MINTZ LEVIN COHN FERRIS**<br>**GLOVSKY & POPEO P.C.**<br>One Financial Center<br>Boston, MA 02111<br>Tel: 617-542-6000<br>Fax: 617-542-2241<br>mrenaud@mintz.com<br><br>*Attorneys for Defendants Interactive Digital*<br>*Solutions, LLC and MedSitter, LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CAREVIEW COMMUNICATIONS, INC. ,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERACTIVE DIGITAL SOLUTIONS, LLC AND MEDSITTER, LLC,,<br><br>        Defendants. | Case No. 4:21-CV-07061-HSG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND CLAIM CONSTRUCTION DEADLINES PURSUANT TO SCHEDULING ORDER (D.I. 75)** |

The parties' Joint Motion to modify the briefing schedule is hereby GRANTED.  The parties' deadline to exchange preliminary claim construction and extrinsic evidence is April 11, 2022 and that the parties' the deadline to submit their joint claim construction and prehearing statement and exchange expert reports is May 6, 2022.

IT IS SO ORDERED.

DATED:  March 30, 2022

_____
Haywood S. Gilliam, Jr.
United States District Judge