UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAREVIEW COMMUNICATIONS, INC.,

Plaintiff(s),

v.

INTERACTIVE DIGITAL SOLUTIONS, LLC, AND MEDSITTER, LLC, ,

Defendant(s).

Case No. 4:21-cv-07061-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Ashanthi Meena Seralathan, an active member in good standing of the bar of New York Supreme Court, Appellate Division, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Interactive Digital Solutions, LLC and MedSitter, LLC in the above-entitled action. My local co-counsel in this case is Evan Nadel, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 213230

Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo
Chrysler Center, 666 Third Avenue
New York, NY 10017
MY ADDRESS OF RECORD

44 Montgomery Street, 36th Floor
San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

+1.212.692.6205
MY TELEPHONE # OF RECORD

415-432-6000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

MSeralathan@mintz.com
MY EMAIL ADDRESS OF RECORD

Enadel@mintz.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5579172.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___April 1, 2022___

Ashanthi Meena Seralathan

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ashanthi Meena Seralathan  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____4/21/2022_____

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———————

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Ashanthi Meena Seralathan

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 7, 2018**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on January 18, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00049386