Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CareView Communications, Inc().

           Plaintiff(s),

v.

Interactive Digital Solutions, LLC and MedSitter, LLC,

           Defendant(s).

Case No: 4:21-cv-7061- HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Brad Scheller, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Interactive Digital Solutions, LLC and MedSitter, LLC in the above-entitled action. My local co-counsel in this case is Evan Nadel (SBN 213230), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Mintz Levin Cohn Ferris Glovsky and Popeo PC<br>666 Third Ave., New York, NY 10017 | Mintz Levin Cohn Ferris Glovsky and Popeo PC<br>44 Montgomery St., San Francisco CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(212) 692-6761 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 432-6000 |
| MY EMAIL ADDRESS OF RECORD:<br>bmsheller@mintz.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>enadel@mintz.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4315867.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/15/21

                                            Brad Scheller
                                            APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brad Scheller is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/4/2022

DENIED
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.

UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                             *October 2012*



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Brad Michael Scheller

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 20, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on September 15, 2021.

*Robert D. Mayberger*

Clerk of the Court

CertID-00032109