1  Brian A. E. Smith (SBN 188147)
   bsmith@bzbm.com
2  Joseph J. Fraresso (SBN 289228)
   jfraresso@bzbm.com
3  **BARTKO ZANKEL BUNZEL & MILLER**
   A Professional Law Corporation
4  One Embarcadero Center, Suite 800
   San Francisco, California 94111
5  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152
6

7  Seth H. Ostrow (*pro hac vice*)
   sho@msf-law.com
8  Jeffrey P. Weingart (*pro hac vice*)
   jpw@msf-law.com
9  Robert Phillip Feinland (*pro hac vice*)
   rf@msf-law.com
10 **MEISTER SEELIG & FEIN LLP**
   125 Park Avenue, 7th Floor
11 New York, NY 10017
   Tel: 212- 655-3500
12 Fax: 212- 655-3535

13 Attorneys for Plaintiff
   CareView Communications, Inc.
14

15                 **UNITED STATES DISTRICT COURT**

16                 **NORTHERN DISTRICT OF CALIFORNIA**

17                      **OAKLAND DIVISION**

18 CAREVIEW COMMUNICATIONS, INC. ,          Case No. 4:21-CV-07061-HSG

19          Plaintiff,                      **ORDER GRANTING JOINT MOTION
                                            TO EXTEND CLAIM CONSTRUCTION**
20          v.                              **DEADLINES PURSUANT TO
                                            SCHEDULING ORDER (D.I. 75)**
21 INTERACTIVE DIGITAL SOLUTIONS,
   LLC AND MEDSITTER, LLC,,
22
            Defendants.
23

24

25

26

27

28

2938.000/1728611.1                              Case No. 4:21-CV-07061-HSG

ORDER GRANTING JOINT STIPULATION TO EXTEND CLAIM CONSTRUCTION DEADLINES

1    The parties' Joint Motion to extend claim construction deadlines is hereby GRANTED.

2  Plaintiff CareView Communications, Inc. may serve amended infringement contentions by April

3  13, 2022.  The parties' deadline to exchange preliminary claim constructions and supporting

4  evidence is April 20, 2022.

5

6

7  DATED:  April 11, 2022

8

9  _____
   Haywood S. Gilliam, Jr.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28