UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAREVIEW COMMUNICATIONS, INC.,

        Plaintiff(s),

v.

INTERACTIVE DIGITAL SOLUTIONS, LLC, AND MEDSITTER, LLC,

        Defendant(s).

Case No. 4:21-cv-07061-HSG

**AMENDED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Michael T. Renaud, an active member in good standing of the bar of Commonwealth of Massachusetts, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Interactive Digital Solutions, LLC and MedSitter, LLC in the above-entitled action. My local co-counsel in this case is Evan Nadel, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 213230.

| | |
|---|---|
| Mintz Levin Cohn Ferris Glovsky and Propeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>MY ADDRESS OF RECORD | Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 617-348-1870<br>MY TELEPHONE # OF RECORD | 415-432-6000<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| MTRenaud@mintz.com<br>MY EMAIL ADDRESS OF RECORD | Enadel@mintz.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 629783.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court one times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2022                                                              Michael T. Renaud
                                                                                              APPLICANT

ORDER GRANTING AMENDED APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael T. Renaud is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:      4/13/2022

                                                                        *Haywood S. Gilliam Jr.*
                                                                        UNITED STATES DISTRICT JUDGE

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **January 24, 1996**, said Court being the highest Court of Record in said Commonwealth:

## Michael T. Renaud

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixth** day of **April** in the year of our Lord **two thousand and twenty-two.**



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.