Brian A. E. Smith (SBN 188147)
bsmith@bzbm.com
Joseph J. Fraresso (SBN 289228)
jfraresso@bzbm.com
**BARTKO ZANKEL BUNZEL & MILLER**
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Tel: (415) 956-1900
Fax: (415) 956-1152

Seth H. Ostrow (*pro hac vice*)
sho@msf-law.com
Jeffrey P. Weingart (*pro hac vice*)
jpw@msf-law.com
Robert P. Feinland (*pro hac vice*)
rf@msf-law.com
**MEISTER SEELIG & FEIN LLP**
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Fax: (212) 655-3536

*Attorneys for Plaintiff CareView Communications, Inc*

Evan S. Nadel
enadel@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO P.C**.
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Tel:  415-432-6000
Fax: 415-432-6001

Brad M. Scheller (*pro hac vice*)
bmscheller@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO PC**
666 Third Avenue
New York, NY 10017
Tel: 212-692-6761
Fax: 212-983-3115

Michael Renaud (*pro hac vice*)
mrenaud@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO P.C**.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241

*Attorneys for Defendants Interactive Digital Solutions, LLC and MedSitter, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CAREVIEW COMMUNICATIONS, INC.,<br><br>    *Plaintiff*,<br><br>  v.<br><br>INTERACTIVE DIGITAL SOLUTIONS, LLC, AND MEDSITTER, LLC,<br><br>    *Defendants*. | Case No. 4:21-cv-07061-HSG<br><br>**STIPULATED JUDGMENT** |

WHEREAS, on April 6, 2022, Defendants Interactive Digital Solutions, LLC and MedSitter, LLC (collectively, the "Defendants") served an Offer of Judgment under Fed. R. Civ. P. 68 on Plaintiff CareView Communications Inc. ("Plaintiff") (D.I. 108-1) in the amount of One Hundred and Fifty Thousand Dollars ($150,000), inclusive of costs, interest, and fees (the "Stipulated Amount"), and stating that said Offer is being conveyed for the purposes specified in Fed. R. Civ. P. 68 and not as any admission of liability or damages or of any fact concerning or supporting liability or damages;

WHEREAS, on April 20, 2022, Plaintiff served a Notice of Acceptance of the Offer of Judgment under Fed. R. Civ. P. 68 on Defendants;

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED:

1. Judgment shall be entered against Defendants in accordance with the Offer of Judgment;

2. The claims in this action are dismissed with prejudice as to Defendants;

3. All future dates in the above-captioned case are to be removed from the Court's calendar; and

4. Defendants shall pay the Stipulated Amount to Plaintiff within 14 (fourteen) days after the Court enters this judgment.

The Clerk shall enter judgment for the Stipulated Amount.

Dated: April 22, 2022

By: /s/ Brian A.E. Smith

Brian A. E. Smith (SBN 188147)
bsmith@bzbm.com
Joseph J. Fraresso (SBN 289228)
jfraresso@bzbm.com
**BARTKO ZANKEL BUNZEL & MILLER**

By: /s/ Brad M. Scheller

Evan S. Nadel
enadel@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO P.C.**
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Tel:  415-432-6000

| | |
|---|---|
| A Professional Law Corporation<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Tel: (415) 956-1900<br>Fax: (415) 956-1152<br><br>Seth H. Ostrow (*pro hac vice*)<br>sho@msf-law.com<br>Jeffrey P. Weingart (*pro hac vice*)<br>jpw@msf-law.com<br>Robert P. Feinland (*pro hac vice*)<br>rf@msf-law.com<br>**MEISTER SEELIG & FEIN LLP**<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>Tel: (212) 655-3500<br>Fax: (212) 655-3536<br><br>*Attorneys for Plaintiff CareView Communications, Inc* | Fax: 415-432-6001<br><br>Brad M. Scheller (*pro hac vice*)<br>bmscheller@mintz.com<br>**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO PC**<br>666 Third Avenue<br>New York, NY 10017<br>Tel: 212-692-6761<br>Fax: 212-983-3115<br><br>Michael Renaud (*pro hac vice*)<br>mrenaud@mintz.com<br>**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO P.C**.<br>One Financial Center<br>Boston, MA 02111<br>Tel: 617-542-6000<br>Fax: 617-542-2241<br><br>*Attorneys for Defendants Interactive Digital Solutions, LLC and MedSitter, LLC* |

**IT IS SO ORDERED.**

_____
Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE